IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


ELIJAH LACAL UNION,

      Appellant,

  v.

Case No.  5D23-197
LT Case No. 16-2015-CF-752-AXXX-MA

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 7, 2023

Appeal from Circuit Court
for Duval County,
Mark Borello, Judge.

Elijah Lacal Union, Crawfordville, pro se.

Ashley Moody, Attorney General, and
Julian E. Markham, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., and MAKAR and JAY, JJ., concur.